JAMES M. KELLY, Appellant, v. ANDREW SPADA, Doing Business as ANDREW SPADA & Co., Respondent.— Judgment reversed on the law, and a new trial granted, with costs to abide the event, on the ground that plaintiff made out a *prima facie* case of wrongful discharge, and it was error to dismiss the case as a matter of law, since the language used at the termination of the employment was susceptible of two meanings, and it was for the jury to determine by this language and the subsequent dealings between the parties whether it was the intention to cancel the agreement or not. (See *White v. Hoyt*, 73 N. Y. 505; *Wilson v. New York Contracting Co.*, 129 App. Div. 125, 129; *Howard v. Daly*, 61 N. Y. 362.) Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

LOUIS KLEIN, Appellant, v. JOE WINTER and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN D. LOWN, Appellant, v. BENSON R. FROST and WARREN H. CLOSS, as Executors, etc., of JOSEPH ARNETT, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WILLIAM M. MILLS, Respondent, v. WILLIAM M. MILLS, as Executor, etc., of SARAH E. TOOKER, Deceased, and Others, Defendants, Impleaded with MARY E. BISHOP and Others, Appellants.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

FRED L. MOESEL, Respondent, v. PENA & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Manning and Kelby, JJ., concur; Jaycox, J., dissents.

MARGARET O'HANLON, Respondent, v. CARLHOFF REALTY Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

CARMINO PERSICO, as Administrator, etc., of TOMMASO PERSICO, Deceased, Respondent, v. COMMONWEALTH FUEL Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. W. DWIGHT TEESE, Respondent.— Judgment and order of the County Court of Kings county, reversing judgment of conviction, and order, of the City Magistrate's Court, affirmed, pursuant to Code of Criminal Procedure, section 542. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ., concur.

WALTER N. STAPLETON, Respondent, v. UNIVERSAL TRANSPORTATION COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.